IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | Jointly Administered |
| Debtors. | | |

| | | |
|---|---|---|
| SPHERATURE INVESTMENTS LLC, | § | |
| *et al.* d/b/a WORLDVENTURES | § | |
| HOLDINGS, LLC[1] | § | |
| Plaintiffs, | § | |
| | § | Adversary No. 21-04058 |
| vs. | § | |
| | § | |
| KENNETH E. HEAD, | § | |
| | § | |
| Defendant. | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "**Court**"), pursuant to the *Order Granting Agreed Motion to Continue March 8, 2021 Hearing* [Docket No. 25], has set the WorldVentures' *Emergency Application for a Temporary Restraining Order and Preliminary Injunction and Supporting Memorandum* (the "**Application**") [Docket No. 2] for **telephonic** hearing on **March 19, 2021 at 10:00 AM (CT)**. Parties are instructed to **dial 1-888-675-2535**, use **Access No. 4225607** and **Security No. 1799**, as well as directed to review the instructions

---

[1] The "**Plaintiffs**" and "**Debtors**" in the above-captioned cases and adversary proceeding are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

**NOTICE OF HEARING**                                                                                                      **PAGE 1**
4840-4261-5007.1

contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

**PLEASE TAKE FURTHER NOTICE** that the all of the pleadings filed in these Cases and supporting papers are available on the Court's website at https://ecf.txeb.uscourts.gov/.

DATED: March 3, 2021

Respectfully submitted by:

/s/ Steven C. Lockhart
Marcus A. Helt (TX 24052187)
Robert Slovak (24013523)
Steven C. Lockhart (24036981)
Aaron E. Chibli (24091222)
Emily F. Shanks (24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
rslovak@foley.com
slockhart@foley.com
achibli@foley.com
eshanks@foley.com

**COUNSEL FOR THE PLAINTIFFS SPHERATURE INVESTMENTS LLC, *et al* d/b/a WORLDVENTURES HOLDINGS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest by the Court's ECF system. I also certify that on March 3, 2021, a true and correct copy of *Order Granting Agreed Motion to Continue March 8, 2021 Hearing* [Docket No. 25] was served on counsel for Mr. Head via email.

/s/ Steven C. Lockhart
Steven C. Lockhart