# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | Jointly Administered |
| Debtors. | | |

| | | |
|---|---|---|
| | § | |
| SPHERATURE INVESTMENTS LLC, | § | |
| *et al.* d/b/a WORLDVENTURES | § | |
| HOLDINGS, LLC,[1] | § | |
| Plaintiffs, | § | |
| | § | Adversary No. 21-04058 |
| vs. | § | |
| | § | |
| KENNETH E. HEAD, | § | |
| | § | |
| Defendant. | | |

## JOINT MOTION FOR ENTRY OF
## AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiffs, Spherature Investments LLC d/b/a WorldVentures Holdings, LLC and its affiliated Debtors (collectively, "**WorldVentures**") and Defendant, Kenneth E. Head ("**Head**," who along with WorldVentures will be referred to as the "**Parties**"), jointly move for entry of the Agreed Confidentiality and Protective Order ("**Order**") attached to this motion as Exhibit A, and in support thereof state as follows:

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 bankruptcy cases and the adversary proceeding are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

1. This lawsuit relates to WorldVentures' lifestyle business including its membership-based travel products and services that are marketed and sold through its network of sales representatives.

2. Many of the documents potentially relevant in this matter may contain proprietary, confidential and trade secret information of the Parties, as well as sensitive and confidential information of this parties ("**Confidential Material**"). The Parties move for entry of the Order to protect the dissemination and use of the Confidential Information while facilitating discovery in this matter.

3. The Order has been drawn narrowly so that only information warranting protection is covered by the Order.

4. The Parties join in the Order, approve the form of the Order and agree to abide by the terms of the Order. This agreement is indicated by each of the Parties' signature on the Order and this motion.

**WHEREFORE**, WorldVentures and Head respectfully request that the Court enter the Agreed Confidentiality and Protective Order attached here to as Exhibit A.

DATED: March 4, 2021

Respectfully submitted by:

By: */s/Todd Hoodenpyle*
Todd Hoodenpyle
Texas State Bar No. 00798265
hoodenpyle@singerlevick.com
Michelle E. Shriro
Texas Bar No. 18310900
mshriro@singerlevick.com
**SINGER & LEVICK, P.C.**
16200 Addison Road, Ste. 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748

**ATTORNEYS FOR DEFENDANT KENNETH E. HEAD**

By: */s/ Steven C. Lockhart*
Marcus A. Helt (TX 24052187)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Aaron E. Chibli (TX 24091222)
Emily F. Shanks (TX 24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
rslovak@foley.com
slockhart@foley.com
achibli@foley.com
eshanks@foley.com

**COUNSEL FOR THE PLAINTIFFS SPHERATURE INVESTMENTS LLC, *et al* d/b/aWORLDVENTURES HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2021, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Steven C. Lockhart*
Steven C. Lockhart