# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | Jointly Administered |
| Debtors. | | |

| | | |
|---|---|---|
| **SPHERATURE INVESTMENTS LLC,** | § | |
| *et al.* d/b/a **WORLDVENTURES** | § | |
| **HOLDINGS, LLC**[1] | § | |
| Plaintiffs, | § | |
| | § | Adversary No. 21-04058 |
| vs. | § | |
| | § | |
| **KENNETH E. HEAD,** | § | |
| | § | |
| Defendant. | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "**Court**"), pursuant to the *Agreed Order Granting Agreed Motion to Continue March 19, 2021 Hearing* [Docket No. 49], has set the WorldVentures' *Emergency Application for a Temporary Restraining Order and Preliminary Injunction and Supporting Memorandum* (the "**Application**") [Docket No. 2] for **video hearing** on **March 26, 2021 at 10:00 AM (CT)**.

---

[1] The "**Plaintiffs**" and "**Debtors**" in the above-captioned cases and adversary proceeding are: Spherature Investments LLC ("**Spherature**") EIN#5471; Rovia, LLC ("**Rovia**") EIN#7705; WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846; WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264; WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255; WorldVentures Services, LLC ("**WV Services**") EIN#2220.

**AMENDED NOTICE OF HEARING** **PAGE 1**
4815-8869-8848.1

**PLEASE TAKE FURTHER NOTICE** that upon request and agreement of the parties, the hearing on the Application will no longer be conducted on **March 19, 2021 at 10:00 AM (CT)**.

**PLEASE TAKE FURTHER NOTICE** that the Court has set the Application for **video hearing** (video conference) via the Microsoft Teams platform on **March 26, 2021 at 10:00 AM (CT)**. Parties are instructed to use the following link to join the video hearing: **Click here to join the meeting** or at :

**https://teams.microsoft.com/dl/launcher/launcher.html?url=%2F_%23%2Fl%2Fmeetup-join%2F19%3Ameeting_MGY1ZmQ0ODYtMGUzNi00NGY3LTg4NjYtZDQ5OGU1YzNkNTYw%40thread.v2%2F0%3Fcontext%3D%257b%2522Tid%2522%253a%25221d66f037-8266-4d1c-919c-67c6543d3542%2522%252c%2522Oid%2522%253a%25220d18378c-edd0-4b7e-a0de-9a6882c2f1ab%2522%257d%26anon%3Dtrue&type=meetup-join&deeplinkId=96ef3338-330c-4488-894a-1656b6c47f98&directDl=true&msLaunch=true&enableMobilePage=true&suppressPrompt=true**

**PLEASE TAKE FURTHER NOTICE** that parties are directed to review the instructions contained in the following link for all video hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades.  The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Video Hearing" Tab. Should any party encounter any issues or have questions, please contact the Court's IT Technician, Wes Dabney, at (903) 590-3225.

**PLEASE TAKE FURTHER NOTICE** that the all of the pleadings filed in these Cases and supporting papers are available on the Court's website at https://ecf.txeb.uscourts.gov/.

DATED: March 19, 2021          Respectfully submitted by:

/s/ Steven C. Lockhart
Marcus A. Helt (TX 24052187)
Robert Slovak (24013523)
Steven C. Lockhart (24036981)
Aaron E. Chibli (24091222)
Emily F. Shanks (24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
rslovak@foley.com
slockhart@foley.com
achibli@foley.com
eshanks@foley.com

**COUNSEL FOR THE PLAINTIFFS
SPHERATURE INVESTMENTS LLC, *et al*
d/b/a WORLDVENTURES HOLDINGS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2021, a true and correct copy of the foregoing document was served electronically on all parties in interest by the Court's ECF system, as well as on counsel for Mr. Head via email.

I also certify that on March 18, 2021, a true and correct copy of *Order Granting Agreed Motion to Continue March 19, 2021 Hearing* [Docket No. 25] was served via the Court's ECF system and on counsel for Mr. Head via email.

/s/ Emily F. Shanks
Emily F. Shanks