IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: § | Chapter 11 | |
| § | | |
| SPHERATURE INVESTMENTS LLC § | CASE NO. 20-42492 | |
| et al. § | | |
| § | | |
| _____ § | | |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | | |
| et al. d/b/a World Ventures Holdings, LLC[1] § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Adversary No. 21-04058 | |
| § | | |
| KENNETH E. HEAD § | | |
| § | | |
| Defendants. § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on *Defendant's Amended Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, Alternatively, Motion for a More Definite Statement Pursuant to Rule 12(e), and Motion to Strike Pursuant to Rule 12(f)* ("**Motion to Dismiss**") [Docket No. 69] has been set for telephonic hearing on April 22, 2021 at 2:00 p.m. (CT) before the Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "**Court**").

---

[1] The "Debtors" in the above-described jointly administered Chapter 11 bankruptcy cases ("Cases") are Spherature Investments LLC ("**Spherature**") EIN#5471, Rovia, LLC ("**Rovia**") EIN#7705, WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846, WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264, WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255, WorldVentures Services, LLC ("**WV Services**") EIN#2220.

**NOTICE OF HEARING – Page 1**

**PLEASE TAKE FURTHER NOTICE** that the Court has set the Motion for telephonic hearing on April 22, 2021 at 2:00 p.m. (CT). Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 1246, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:    /s/Todd A. Hoodenpyle
       Todd Hoodenpyle
       Texas State Bar No. 00798265
       hoodenpyle@singerlevick.com
       Michelle E. Shriro
       Texas Bar No. 18310900
       mshriro@singerlevick.com
       16200 Addison Road, Ste. 140
       Addison, Texas 75001
       Telephone: (972) 380-5533
       Facsimile: (972) 380-5748

**ATTORNEYS FOR DEFENDANT KENNETH E. HEAD**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and upon the following parties via electronic mail on April 6, 2021.

**Via Email:  slockhart@foley.com**
Steven C. Lockhart
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201

                                       /s/Todd A. Hoodenpyle
                                       Todd A. Hoodenpyle