

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPHERATURE INVESTMENTS LLC,** | § | Case No.: 20-42492 |
| *et al.* | § | |
| | § | Jointly Administered |
| Debtors. | § | |

---

| | | |
|---|---|---|
| **SPHERATURE INVESTMENTS LLC,** | § | |
| **d/b/a WorldVentures Holdings, LLC,** *et* | § | |
| *al.*[1] | § | |
| **Plaintiffs,** | § | |
| | § | **Adversary No. 21-04058** |
| vs. | § | |
| | § | |
| **KENNETH E. HEAD,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ON PLAINTIFFS' AGREED MOTION FOR EXTENSION OF
TIME**

This matter having come before the Court on Plaintiffs' *Agreed Motion for Extension of
Time* ("Motion") [Docket No. 94], the Court orders as follows:

The Court hereby **ORDERS** that the Motion is **GRANTED**. The deadline for Plaintiffs to
respond to Defendant Kenneth E. Head's *Motion to Dismiss First Amended Complaint Pursuant
to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, Alternatively, Motion for a More*

---

[1] The "**Debtors**" in the above-captioned cases are: Spherature Investments LLC d/b/a
WorldVentures Holdings, LLC ("**WorldVentures**"); Rovia, LLC ("**Rovia**"); WorldVentures
Marketing Holdings, LLC ("**WV Marketing Holdings**"); WorldVentures Marketplace, LLC
("**WV Marketplace**"); WorldVentures Marketing, LLC ("**WV Marketing**"); WorldVentures
Services, LLC ("**WV Services**").

*Definite Statement Pursuant to Rule 12(e)* ("Motion to Dismiss") [Docket No. 88], shall be

extended to May 28, 2021.

Signed on 5/14/2021

_Brenda T. Rhoades_    YM

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

4821-2906-1097.1