# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPHERATURE INVESTMENTS LLC, *et al.* | § | Case No.: 20-42492 |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

| | | |
|---|---|---|
| SPHERATURE INVESTMENTS LLC, d/b/a WorldVentures Holdings, LLC, *et al.*[1] | § | |
| Plaintiffs, | § | |
| | § | Adversary No. 21-04058 |
| vs. | § | |
| KENNETH E. HEAD, | § | |
| Defendant. | § | |

**ORDER ON THE AGREED MOTION FOR CONTINUNACE OF JUNE 28, 2021 TRIAL**

This matter having come before the Court on Plaintiffs' WorldVentures and its affiliated Debtors and Defendant's Kenneth E. Head (collectively, the "**Parties**") *Agreed Motion for Continuance of June 28, 2021 Trial* ("**Agreed Motion for Continuance**") [Docket No. 100]. The Court orders as follows:

After reviewing the Agreed Motion for Continuance, the Court hereby **FINDS** and **ORDERS** that the Agreed Motion for Continuance and the relief requested therein by the Parties is **GRANTED**. The Court thus **ORDERS** that the trial setting of June 28, 2021 shall be continued to a new trial setting on December 7, 2021.

Signed on 6/4/2021

*Brenda T. Rhoades*                YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The "**Debtors**" in the above-captioned jointly administered chapter 11 cases are: Spherature Investments LLC d/b/a WorldVentures Holdings, LLC ("**WorldVentures**"); Rovia, LLC ("**Rovia**"); WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**"); WorldVentures Marketplace, LLC ("**WV Marketplace**"); WorldVentures Marketing, LLC ("**WV Marketing**"); WorldVentures Services, LLC ("**WV Services**").