IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| SPHERATURE INVESTMENTS LLC § | | CASE NO. 20-42492 |
| et al. § | | |
| § | | |
| ———————————————— § | | |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | | |
| et al. d/b/a World Ventures Holdings, LLC[1] § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Adversary No. 21-04058 |
| § | | |
| KENNETH E. HEAD § | | |
| § | | |
| **Defendants.** § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on *Defendant's Motion for Withdrawal of the Reference Pursuant to 11 U.S.C. § 157(d) and FRBP 5011 and Supporting Brief* ("**Motion to Withdraw**") [Docket No. 72] and *Defendant's Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, Alternately, Motion for More Definite Statement Pursuant to Rule to Rule 12(e)* ("**Motion to Dismiss**") [Docket No. 88] (the Motion to Withdraw and Motion to Dismiss are collectively referred to herein as the "**Motions**") have been set for telephonic hearing on July 27, 2021 at 2:30 p.m. (CT) before the Honorable Brenda T.

---

[1] The "Debtors" in the above-described jointly administered Chapter 11 bankruptcy cases ("Cases") are Spherature Investments LLC ("**Spherature**") EIN#5471, Rovia, LLC ("**Rovia**") EIN#7705, WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846, WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264, WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255, WorldVentures Services, LLC ("**WV Services**") EIN#2220.

**NOTICE OF HEARING – Page 1**

Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas (the "**Court**").  A copy of the *Order Granting Agreed Motion to Continue June 14, 2021 Hearing* [Docket No. 106] is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Court has set the Motion for telephonic hearing on July 27, 2021 at 2:30 p.m. (CT).  **Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 6324**, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades.  The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

    Respectfully submitted,

    **SINGER & LEVICK, P.C.**

    By:    /s/ Todd A. Hoodenpyle
           Todd Hoodenpyle
           Texas State Bar No. 00798265
           hoodenpyle@singerlevick.com
           Michelle E. Shriro
           Texas Bar No. 18310900
           mshriro@singerlevick.com
           16200 Addison Road, Ste. 140
           Addison, Texas 75001
           Telephone: (972) 380-5533
           Facsimile: (972) 380-5748

    **ATTORNEYS FOR DEFENDANT KENNETH E. HEAD**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and upon the following parties via electronic mail on June 14, 2021.

**Via Email:  slockhart@foley.com**
Steven C. Lockhart
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201

               /s/ Todd A. Hoodenpyle
               Todd A. Hoodenpyle