**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| SPHERATURE INVESTMENTS LLC § | | CASE NO. 20-42492 |
| et al. § | | |
| § | | |
| _____ § | | |
| § | | |
| SPHERATURE INVESTMENTS LLC, § | | |
| et al. d/b/a World Ventures Holdings, LLC[1] § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Adversary No. 21-04058 |
| § | | |
| KENNETH E. HEAD § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E AND MOTION FOR WITHDRAWAL OF THE REFERENCE PURSUANT TO 28 U.S.C. § 157(D) AND FRBP 5011**

This matter having come before the Court on Plaintiffs' WorldVentures and its affiliated Debtors and Defendant Kenneth E. Head (collectively, the "**Parties**") *Agreed Motion to Continue Hearing on Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, Alternatively, Motion for a More Definite Statement*

---

[1] The "Debtors" in the above-described jointly administered Chapter 11 bankruptcy cases ("Cases") are Spherature Investments LLC ("**Spherature**") EIN#5471, Rovia, LLC ("**Rovia**") EIN#7705, WorldVentures Marketing Holdings, LLC ("**WV Marketing Holdings**") EIN#3846, WorldVentures Marketplace, LLC ("**WV Marketplace**") EIN#6264, WorldVentures Marketing, LLC ("**WV Marketing**") EIN#3255, WorldVentures Services, LLC ("**WV Services**") EIN#2220.

*Pursuant to Rule 12(e) and Motion for Withdrawal of the Reference Pursuant to 28 U.S.C. § 157(d) and FRBP 5011* (the "**Agreed Motion for Continuance**"). The Court orders as follows:

After reviewing the Agreed Motion for Continuance, the Court hereby **FINDS** and **ORDERS** that the Agreed Motion for Continuance and relief requested therein by the Parties is **GRANTED**. The Court **ORDERS** that the hearing on *Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, Alternately, Motion for More Definite Statement Pursuant to Rule to Rule 12(e)* [Docket No. 88] and *Defendant's Motion for Withdrawal of the Reference Pursuant to 11 U.S.C. § 157(d) and FBRP 5011* [Docket No. 72] is continued to August 26, 2021 at 1:00 p.m. The hearing will be heard telephonically. The call-in number is 1-888-675-2535, the Access code is 4225607 and the Security code is 1437.

Signed on 7/19/2021

_____ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE